IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**DONALD ALLEN CAVES**                          **PETITIONER**

v.                                   **CAUSE NO. 1:16CV353-LG-JCG**

**MARSHALL FISHER**                           **RESPONDENT**

## JUDGMENT

This matter having come on to be heard on the [9] Report and Recommendation entered by United States Magistrate Judge John C. Gargiulo, the Court, after a full review and consideration of the Report and Recommendation, the pleadings on file, and the relevant legal authority, finds that in accord with the Order entered herewith,

**IT IS ORDERED AND ADJUDGED** that the [9] Report and Recommendation entered by United States Magistrate Judge John C. Gargiulo, be, and the same hereby is, **ADOPTED** as the finding of this Court. This lawsuit is **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 23rd day of July, 2018.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE